# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

July 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 25, 2008

BY Fax (212) 805-7902

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Muto
08 Cr. 384 (DAB)

Hon. Judge Batts:

/DAB/ Granted 07/25/08

I write to request an adjournment of the status conference on the above indictment that is presently scheduled for July 28, 2008. The government consents to this request.

The government has produced discovery, and the defense needs additional time to review it, so that the parties can have an informed discussion about a possible plea. The parties request a two week adjournment. The defense is in the process of contemplating and preparing a misdemeanor request and to properly prepare the request we need information about Mr. Muto's psychological health from his treating physician and also need time to pursue an independent evaluation of his mental health.

/DAB/ Granted 07/25/08

To that end, we request that the time between July 28, 2008 and the date that the Court picks as an adjourn date, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter. Thank you.

The conference in this action is now scheduled for Monday August 25, 2008 at 11:30am.

Respectfully submitted,

Sabrina P. Shroff

cc: Kopp, AUSA

SO ORDERED

Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

TOTAL P.002